# United States Court of Appeals
### For the Eighth Circuit
_____

No. 23-3702
_____

William Stillman

*Plaintiff - Appellant*

v.

Aric Simmons, Nurse Practitioner, WellPath (Grimes Unit ADC); Waketta
Aldridge, Nurse Practitioner, WellPath (Grimes Unit ADC); Rory Griffin, Deputy
Assistant Medical Director, Central Office, ADC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern
_____

Submitted: May 29, 2024
Filed: June 3, 2024
[Unpublished]
_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

William Stillman appeals following the district court's[1] adverse grant of summary judgment for failure to exhaust administrative remedies. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (standard of review). It is clear from the record that Stillman's grievance was not decided on the merits but was denied because it was untimely. *See Woodford v. Ngo*, 548 U.S. 81, 90 (2006) (grievances must be timely filed to exhaust).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.